# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20MJ4064 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 18 U.S.C. § 545 Smuggling Goods Into the United States (Felony) |
| MANUEL EFREN VIDAL-SALES, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

## COUNT 1

On or about September 15, 2020, within the Southern District of California, defendant MANUEL EFREN VIDAL-SALES did knowingly and willfully, with the intent to defraud the United States, attempt to smuggle and clandestinely introduce into the United States, merchandise, which should have been invoiced, to wit: Mexican pesticides, that is, eight 950 milliliter bottles of "Qufuran," one 1-liter bottle of "Metaldane 600,"  three 1-liter bottles of "Metamidofos 600," one 950 milliliter bottle of "Meta 600," two 1-liter bottles of "Lorsban," two 1-liter bottles of

//

//

//

"Biomec," and three 500 gram bags of "Acramite," in violation of Title 18, United States Code, Section 545.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Michael Lesley, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1 on September 21, 2020.

_____
HON. WILLIAM V. GALLO
U.S. MAGISTRATE JUDGE

United States of America
    v.
Manuel Efren VIDAL-Sales

PROBABLE CAUSE STATEMENT

I, Special Agent Michael Lesley, declare under penalty of perjury, the following is true and correct:

At approximately 10:41 p.m. on September 15, 2020, Manuel Efren VIDAL-Sales entered the United States at the San Ysidro Port of Entry as the driver and sole occupant of a white 2004 Volkswagen Jetta bearing California license plates. The Customs and Border Protection (CBP) Officer asked VIDAL twice if he had anything to declare, and VIDAL twice responded that he had nothing to declare. The CBP Officer then began inspecting the vehicle and noticed several black plastic bags on the floor of the vehicle. The CBP Officer opened one of the bags and found a white plastic bottle labeled "Qufuran" inside it. The vehicle was then referred to the Secondary inspection area. In the Secondary inspection area, CBP officers seized: eight 950-milliliter bottles of "Qufuran," one 1-liter bottle of "Metaldane 600," three 1-liter bottles of "Metamidofos 600," one 950-milliliter bottle of "Meta 600," two 1-liter bottles of "Lorsban," two 1-liter bottles of "Biomec," and three 500 gram bags of "Acramite."

After being advised of his Constitutional rights and waiving his rights in writing, VIDAL stated that he bought the pesticides at a store in Tijuana, Mexico,

called "Granero Los Alazanes." VIDAL stated that this is the third time he has brought pesticides into the United States from Mexico. He stated that he delivers the pesticides to people in the United States and that these people pay him $10 for each bottle that he brings to them. VIDAL stated that the pesticides were being used to grow marijuana. During the interview, VIDAL identified his cell phone and stated that he has received text messages from the individuals he delivers the pesticides to containing pictures of which bottles of pesticides to purchase.

According to the label, "Qufuran" contains the active ingredient carbofuran. U.S. Environmental Protection Agency (EPA) special agents advised that in the United States, carbofuran is a cancelled pesticide because it is lethal if inhaled or swallowed, harmful if absorbed through the skin, highly toxic to honey bees, highly toxic to birds, highly toxic to mammals, very highly toxic to freshwater and estuarine/marine fish and invertebrates, can leach into groundwater and enter surface water as runoff, and poses a risk to drinking water.

According to the labels, "Metaldane 600," "Metamidofos 600," and "Meta 600" contain the active ingredient methamidophos. EPA special agents advised that in the United States, methamidophos is a cancelled pesticide, due to the fact that it is lethal if ingested, absorbed through the skin, or inhaled; highly toxic to bees; very highly toxic to birds; highly toxic to mammals; very highly toxic to

freshwater invertebrates; toxic to estuarine and marine fish and invertebrates; capable of entering surface water as runoff; and a risk to drinking water.

According to the label, "Lorsban" contains the active ingredient chlorpyrifos. EPA special agents advised that in the United States, chlorpyrifos is a restricted-use pesticide because it is lethal if ingested, harmful if absorbed through the skin, or inhaled, highly toxic to bees, toxic to birds, acutely toxic to fish and aquatic invertebrates, and can have chronic and long-lasting effects.

According to the label, "Biomec" contains the active ingredient avermectin B1. EPA special agents advised that, in the United States, avermectin B1 is a restricted use pesticide because it is lethal if ingested, harmful if inhaled, and toxic to honeybees, aquatic invertebrates, and freshwater fish.

According to the label, "Acramite" contains the active ingredient bifenazate. EPA special agents advised that, in the United States, bifenazate is a pesticide, but is not a restricted use pesticide in this form.

In the United States, federal regulations limit the sale and use of restricted-use pesticides to applicators certified by a program approved by the EPA, who have received training in mitigating the dangers of such pesticides, and persons under their direct supervision. A search of the database of certified pesticide applicators in California revealed that VIDAL holds no such certification.

Federal law prohibits the distribution and sale of canceled or unregistered pesticides. 7 U.S.C. §136j(a)(1)(A). Only pesticides registered with the EPA may be imported or sold in the United States. 7 U.S.C. §136o(c). All pesticides intended for use in the United States must bear their EPA registration number on their labels, preceded by the phrase "EPA Registration No." or "EPA Reg. No." 40 C.F.R. §156.10(e). In addition, all required information on a label must appear in the English language. 40 C.F.R. §156.10(a)(3). The containers of pesticide found with VIDAL were labeled only in Spanish and bore no EPA registration numbers.

The lawful importation of pesticides into the United States requires a Notice of Arrival to be provided to U.S. Customs, pursuant to 19 C.F.R. §12.112. VIDAL provided no such Notice of Arrival for the pesticides in this case.

On September 16, 2020, agents gave VIDAL a Notice to Appear, requiring him to appear in San Diego before the duty magistrate at 2:00 p.m. on September 24, 2020, to answer to these charges.